O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>CHRISTINA CHINO,<br><br>        Defendant.<br>_____ | CASE NO. CR08-388-CAS<br><br>SUPERVISED RELEASE<br>REVOCATION AND JUDGMENT |

On February 25, 2009, this matter came before the Court on a petition to show cause why supervised release should not be revoked filed October 6, 2008. The Government, John Kucera, the defendant and her appointed attorney, Myra Sun, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Brandon Schneider, was also present.

The defendant admits the allegations in violation of the Petition on Probation and Supervised Release filed on October 6, 2008.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of March 27, 2006 and July 24, 2008. The defendant's supervised release is hereby revoked. The defendant is committed to the Bureau of Prisons for a term of four (4) months, with no supervision to follow.

///

///

1   IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
2 Marshal or other qualified officer and that said copy shall serve as the commitment of
3 defendant.

*[signature: Christina A. Snyder]*

5 FILE/DATED: February 27, 2009   _____
  CHRISTINA A. SNYDER
6   UNITED STATES DISTRICT JUDGE

8   TERRY NAFISI, CLERK OF COURT

9   By: ___/S/_____
  Catherine M. Jeang, Deputy Clerk